IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL CORTEZ ROWE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

14-cv-195-bbc

v.

TRISHA ANDERSON, DR. MARTIN,
DR. HEINZYL, NURSE JANE DOE,
KAREN ANDERSON, TRAVIS HAGG,
LT. PITZEN, SGT. HOOPER, C.O. EXNER,
PETAR KARNA and DAVID SPANNAGEL,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) dismissing plaintiff's claims against defendants Dr. Martin, Dr. Heinzyl, Nurse Jane Doe, Lt. Pitzen, Sgt. Hooper and C.O. Exner for failure to state a claim upon which relief may be granted; and

    (2) granting Trish Anderson, Karen Anderson, Travis Hagg, Petar Karna and David Spannagel's motion for summary judgment and dismissing this case.

| /s/ | 1/28/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |